# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1131
_____

ANTHONY WASHINGTON,
THELMON HENRY WASHINGTON,
JR., THELMA S. WASHINGTON,

    Petitioners,

v.

ALFRED WASHINGTON,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


November 27, 2024


PER CURIAM.

DENIED. *See Clark v. Nichols M.N.P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that in a civil case, party must call motion up for a hearing in order to get a ruling).

LEWIS, RAY, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Anthony Washington, Thelmon Henry Washington, Jr., Thelma S. Washington, pro se, Petitioners.

William H. Crawford of Thompson, Crawford, Brown & Smiley, P.A., Tallahassee, for Respondent.